UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY DOMAGALSKI,<br>　　　Plaintiff,<br><br>-v-<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY,<br>　　　Defendant. | No. 1:14-cv-444<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having denied Plaintiff's motion to reverse claims administrator's decision terminating long-term disability benefits (ECF No. 14) and having dismissed all the claims in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, *see Gillis v. United States*, 729 F.3d 641 (6th Cir. 2013), **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　March 13, 2015　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　Chief United States District Judge